# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. HUNTER, | No. CV 13-7115-JSL(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| KEVIN CHAPPELL, Warden, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice as successive.

DATED: Dec. 3, 2013

*/s/ Spencer Letts/*

J. SPENCER LETTS
United States District Judge